### ZUNIGA v. STATE. (No. 12837.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

John D. Sutherland, of San Diego, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is murder; the punishment, confinment in the penitentiary for 50 years.

■ The record is before us without a statement of facts or bills of exceptions. No question is presented for review.

■ The trial court failed to make application of the Indeterminate Sentence Law. The judgment and sentence are reformed, in order that it may be shown that appellant is condemned to confinement in the penitentiary for not less than 2 nor more than 50 years.

As reformed, the judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Ex parte SHELTON. (No. 12991.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

Clarence J. Ginn, of Houston, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. Appellant made application to the judge of the Twelfth judicial district for writ of habeas corpus. The judge refused to issue the writ, and from the refusal appellant has sought to perfect his appeal.

The statute authorizing an appeal in cases of this nature contemplates that it shall be taken from a decision of the trial judge or court after a hearing. Article 857, Code of Criminal Procedure 1925; Ex parte Lozano, 88 Tex. Cr. R. 112, 225 S. W. 59; Ex parte Smith, 85 Tex. Cr. R. 652, 215 S. W. 299; Ex parte Strong, 34 Tex. Cr. R. 309, 30 S. W. 666; Ex parte Ainsworth, 27 Tex. 731. Hence the procedure in the instant case did not confer jurisdiction on this court on appeal.

The appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.